709 A.2d 900

**Ronald D. WEAVER, Petitioner,**

v.

**John E. STRINE and Robert Holland, Respondents.**

Supreme Court of Pennsylvania.

May 5, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 1998, the above-captioned Petition for Allowance of Appeal is GRANTED. The Order of the Commonwealth Court is VACATED pursuant to *Jacobs v. Halloran*, 1998 WL 149478, —— Pa. ——, —— A.2d —— (Pa.1998), and the matter is REMANDED to the court of common pleas for proceedings consistent with our *Jacobs* decision.